UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:11-cr-202-T-33EAJ

MICHAEL ANTHONY PROZER, III

_____/

**ORDER**

On May 6, 2013, Defendant Michael Anthony Prozer, III filed three pro se motions: Motion to Compel Documents, Depositions, and Sanctions (Doc. # 202), Motion to Disqualify (Doc. # 203), and Motion Requesting Advisory Jury or Three Panel Judicial Committee to Review Pleadings (Doc. # 204). The Government has responded to each submission and requests that each submission be stricken from the record. For the reasons that follow, the Court strikes each of Prozer's submissions.

**Discussion**

Prozer pled guilty to conspiracy to commit mail, wire and bank fraud and other related charges on April 9, 2012. (Doc. # 150). On August 16, 2012, the Court sentenced Prozer to 102 months incarceration. (Doc. # 175). The Court's Judgment was entered on August 17, 2012. (Doc. # 177). On August 24, 2012, Prozer filed an appeal of the judgment. (Doc. # 183). That appeal is still pending. See United States v. Prozer, No. 12-

14455, Eleventh Circuit Court of Appeals.

Each of Prozer's motions are due to be stricken from the record because Prozer is represented by counsel. Local Rule 2.03(d), M.D. Fla. specifically prohibits a represented party, such as Prozer, from filing pro se motions without prior leave of court.

Even if the Court were to allow the pro se submissions to stand despite the fact that Prozer is represented by counsel, each of Prozer's motions is nevertheless due to be denied because the Court lacks jurisdiction to consider such motions during the pendency of Prozer's appeal. See United States v. Riolo, 398 F. App'x 568, 571 (11th Cir. 2010)("Generally, the filing of a notice of appeal deprives the district court of jurisdiction over all of the issues involved in the appeal."); United States v. Noblitt, 343 F. App'x 544, 546 (11th Cir. 2009)("the filing of a notice of appeal divests the district court of jurisdiction to take any action with regard to the matter except in aid of the appeal.")(internal quotation marks and citations omitted). Accordingly, the Court determines that it is appropriate to strike the pro se motions.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to **STRIKE** the following Motions from the record: Defendant's Motion to Compel Documents, Depositions, and Sanctions (Doc. # 202), Defendant's Motion to Disqualify (Doc. # 203), and Defendant's Motion Requesting Advisory Jury or Three Panel Judicial Committee to Review Pleadings (Doc. # 204).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 28th day of May, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
Defendant
All Counsel of Record